IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:21-CV-00104-KDB

| | |
|---|---|
| **BRANDI HUDGINS,**  **Plaintiff,**  v.  **KILOLO KIJAKAZI , Acting Commissioner of Social Security,**  **Defendant.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Plaintiff's Consent Motion for Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A). (Doc. No. 22). Having reviewed the motion and the supporting materials the Court determines that Plaintiff should be awarded an attorney's fee under 28 U.S.C. § 2412(d) in the amount of $3,900.00.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED**, to the extent that the Court will award attorney fees in the amount of $3,900.00, and that pursuant to *Comm'r of Soc. Sec. v. Ratliff*, 560 U.S. --, 130 S. Ct. 2521 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. The Commissioner will determine whether Plaintiff owes a debt to the United States. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charlotte Hall, and mailed to her office at P.O. Box 58129, Raleigh, North Carolina 27658, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the EAJA. If the payment is subject to offset, then any remaining fee will be made payable to Plaintiff and mailed to Plaintiff's counsel's office address.

**SO ORDERED**

Signed: March 1, 2022

Kenneth D. Bell
United States District Judge